UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/19

---

AMDA, INC.,

          Plaintiff,

v.

TAMTA LTD., THE AMERICAN MUSICAL
THEATRE ACADEMY CIC D/B/A AMTA and
STAGEWORKS PRODUCTIONS LIMITED,

          Defendants.

Case No. 1:19-cv-05730-JSR

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel

for the parties herein, and subject to the approval of the Court, that the above action is dismissed

without prejudice. The Court retains jurisdiction to enforce the settlement agreement between the

parties in this matter. Each party will bear its or his own attorneys' fees and costs.

Dated:    New York, New York
        September 6, 2019

LOCKE LORD, LLP

By: _____
H. Straat Tenney
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
*Attorneys for Plaintiff AMDA, Inc.*

EDWARD C. GREENBERG P.C.

By: _____
Edward C. Greenberg
Tamara L. Fitzgerald
570 Lexington Avenue, 19th Floor
New York, New York 10022
*Attorneys for Defendants TAMTA Ltd.,*
*The American Musical Theatre Academy*
*CIC d/b/a AMTA and Stageworks*
*Productions Limited*

SO ORDERED THIS 6th DAY OF September, 2019:

_____
HON. Jed S. Rakoff, U.S.D.J